IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No: 8:05CR411 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE ANTONIO NARANJO, | ) | |
| | ) | |
| Defendant. | | |

The court has been presented a Financial Affidavit (CJA Form 23) by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for an interim appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

**IT IS FURTHER ORDERED** that the defendant shall make a partial payment of $250.00, a reimbursement of fees to be expended on his behalf pursuant to 18 U.S.C. 3006A(f). Said amount is to be paid to the Clerk of the Court for deposit in the Treasury on or before January 23, 2006.

**IT IS FURTHER ORDERED** that any privately retained counsel for the defendant shall enter an appearance on or before December 9, 2005, or the court will schedule a status hearing regarding the defendant's representation in this matter.

DATED this 28th day of November, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge