# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR411 |
| Plaintiff, | ) ) ) | **ORDER FOR NONCUSTODIAL** |
| vs. | ) ) | **TRANSPORTATION** |
| JOSE ANTONIO NARANJO, | ) ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Noncustodial Transportation. (Filing No. 36) Defendant is indigent and is in need of noncustodial transportation from Omaha, Nebraska to Los Angeles, California immediately following the hearing held on June 23, 2006. The Court finds said motion should be granted in part.

ACCORDINGLY, IT IS ORDERED:

1. That Defendant's motion is granted in part;

2. That the U.S. Marshals shall provide noncustodial transportation to return to Los Angeles, California immediately following the sentencing hearing held **Friday, June 23, 2006**.

DATED this 23rd day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
HON. JOSEPH F. BATAILLON, Chief Judge
United States District Court